# United States Court of Appeals

For The District of Columbia Circuit

_____

**No. 24-5173**　　　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　**1:23-cv-01334-CRC**

　　　　　　　　　　　　　　　　　　　**Filed On: July 18, 2024** [2065381]

Pauline Newman, Honorable; Circuit Judge,

　　　Appellant

　　v.

Kimberly A. Moore, Honorable; in her
official capacities as Chief Judge of the
United States Court of Appeals for the
Federal Circuit, Chair of the Judicial
Council of the Federal Circuit and Chair of
the Special Committee of the Judicial
Council of the Federal Circuit, et al.,

　　　Appellees

## O R D E R

　　　The notice of appeal was filed on July 10, 2024, and docketed in this court on July 18, 2024. It is, on the court's own motion,

　　　**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 19, 2024 |
| Docketing Statement Form | August 19, 2024 |
| Entry of Appearance Form (Attorneys Only) | August 19, 2024 |
| Procedural Motions, if any | August 19, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 19, 2024 |
| Statement of Issues to be Raised | August 19, 2024 |
| Transcript Status Report | August 19, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | August 19, 2024 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5173**                                                                             **September Term, 2023**

| | |
|---|---|
| Dispositive Motions, if any | September 3, 2024 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 19, 2024 |
| Entry of Appearance Form (Attorneys Only) | August 19, 2024 |
| Procedural Motions, if any | August 19, 2024 |
| Dispositive Motions, if any | September 3, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                 BY:    /s/
                                                Lynda M. Flippin
                                                Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program (Optional)](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)