# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Newman

v.

Moore

**Case No:** 24-5173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Hon. Kimberly A. Moore

Hon. Sharon Prost

Hon. Richard G. Taranto

Judicial Council of the Federal Circuit

### Counsel Information

**Lead Counsel:** Melissa N. Patterson

**Direct Phone:** (202) 514-1201  **Fax:** (202) 307-2551  **Email:** melissa.patterson@usdoj.gov

**2nd Counsel:** Maxwell A. Baldi

**Direct Phone:** (202) 532-0211  **Fax:** (202) 307-2551  **Email:** maxwell.baldi@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )    -      **Fax:** (   )            **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Ave. N.W., Rm. 7513, Washington, DC 20530

**Firm Phone:** (202) 305-1754  **Fax:** (202) 307-2551  **Email:** civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)