# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Hon. Pauline Newman

**v.**

Hon. Kimberly Moore, et al.

**Case No:** 24-5173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Hon. Pauline Newman

### Counsel Information

Lead Counsel: Gregory Dolin

Direct Phone: ( 202 ) 967-2502  Fax: (   ) - 	Email: Greg.Dolin@NCLA.legal

2nd Counsel: John J. Vecchione

Direct Phone: ( 202 ) 918-6902  Fax: (   ) - 	Email: John.Vecchione@NCLA.legal

3rd Counsel: Andrew Morris

Direct Phone: ( 202 ) 908-6201  Fax: (   ) - 	Email: Andrew.Morris@NCLA.legal

Firm Name: New Civil Liberties Alliance

Firm Address: 1225 19th Street NW, Suite 450  Washington, DC 20036-2411

Firm Phone: ( 202 ) 869-5210  Fax: ( 202 ) 869-5238  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## Certificate of Service

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

/s/ Gregory Dolin
Gregory Dolin
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
greg.dolin@ncla.legal

*Counsel for Appellant*