# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-5173
2. DATE DOCKETED: 07/18/2024
3. CASE NAME (lead parties only) Hon. Pauline Newman v. Hon. Kimberly Moore
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil  ◯ Private Civil  ◯ Criminal  ◯ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ◯ Yes  ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. Civil Action 1:23-cv-01334-CRC
      Criminal
      Miscellaneous
      Bankruptcy Court Docket No. Bankruptcy
      Adversary
      Ancillary
      Tax Court Docket No. Tax
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Christopher R. Cooper   Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 07/09/2024    e. Date notice of appeal filed: 07/10/2024
   f. Has any other notice of appeal been filed in this case? ◯ Yes ⦿ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ◯ Yes ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ⦿ Yes  ◯ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ◯ Yes  Appeal #   ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ◯ Yes  ⦿ No   If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ⦿ Yes  ◯ No
      If YES, give popular name and citation of statute Judicial Conduct and Disability Act of 1980
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ⦿ Yes  ◯ No   If so, provide program name and participation dates
   Mediation before Hon. Thomas B. Griffith held on August 3, 2023

Signature /s/ Gregory Dolin    Date 07/22/2024
Name of Party Hon. Pauline Newman
Name of Counsel for Appellant/Petitioner Gregory Dolin
Address New Civil Liberties Alliance 1225 19th Street NW, Suite 450  Washington, DC 20036-2411
Phone ( 202 )  967-2502    Fax (   )   -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## Certificate of Service

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

/s/ Gregory Dolin
Gregory Dolin
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
greg.dolin@ncla.legal

*Counsel for Appellant*