# IN THE UNITED STATES CIRCUIT COURT
# FOR THE DISTRICT OF COLUMBIA

THE HON. PAULINE NEWMAN,
Circuit Judge
United States Court of Appeals for the Federal Circuit,
                                                     *Appellant*,

    v.

THE HON. KIMBERLY A. MOORE,
in her official capacities as
Chief Judge of the U.S. Court of Appeals for the Federal Circuit,
Chair of the Judicial Council of the Federal Circuit, and
Chair of the Special Committee of the Judicial Council of the Federal Circuit,

THE HON. SHARON PROST,
in her official capacity as
Member of the Special Committee of the Judicial Council of the Federal Circuit,

THE HON. RICHARD G. TARANTO,
in his official capacity as
Member of the Special Committee of the Judicial Council of the Federal Circuit,

and

THE JUDICIAL COUNCIL OF THE FEDERAL CIRCUIT,
AND ALL MEMBERS THEREOF,

                                                     *Appellees*.

NO. 24-5173

**CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**

Pursuant to the Court's Order of July 18, 2024, Appellant, the Hon. Pauline Newman, by and through her counsel, the New Civil Liberties Alliance, hereby submits this certificate as to parties, rulings and related cases.

### A. Parties, Intervenors, and Amici

Plaintiff below was the Hon. Pauline Newman, Circuit Judge of the United States Court of Appeals for the Federal Circuit. She is an Appellant before this Court.

Defendants below were the Hon. Kimberly A. Moore, Chief Judge of the United States Court of Appeals for the Federal Circuit, the Hon. Sharon Prost, the Hon. Richard G. Taranto, Circuit Judges of the United States Court of Appeals for the Federal Circuit, all sued in their official capacities, and the Judicial Council of the United States Court of Appeals for the Federal Circuit and all members thereof. All Defendants are Appellees in this Court.

There are no intervenors or *amici* to date.

### B. Rulings Under Review

The rulings under review are:

1. The February 12, 2024, order of the District Court for the District of Columbia (Cooper, J.) in Civil Action No. 23-1334, dismissing Plaintiff's complaint in part for lack of subject matter jurisdiction and in part pursuant to Fed. R. Civ. P. 12(b)(6)

1

2. The July 9, 2024, order of the District Court for the District of Columbia (Cooper, J.) in Civil Action No. 23-1334, granting to Defendants-Appellees judgment on the pleadings pursuant to Fed. R. Civ. 12(c).

**C. Related Cases**

The undersigned counsel is not aware of any related cases pending in this Court or any other Court specifically regarding the constitutionality or the application of the Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351–364.

Respectfully submitted,

*/s/Gregory Dolin*

Gregory Dolin, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
greg.dolin@ncla.legal


*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

/s/ Gregory Dolin
Gregory Dolin
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
greg.dolin@ncla.legal

*Counsel for Appellant*