# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Hon. Pauline Newman

                         v.                      **Case No:** 24-5173

Hon. Kimberly Moore, et al.

## TRANSCRIPT STATUS REPORT

⦿ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|---------------------|-------------------|
|      |                     |                   |
|      |                     |                   |
|      |                     |                   |
|      |                     |                   |
|      |                     |                   |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|---------------------|-------------------|
|      |                     |                   |
|      |                     |                   |
|      |                     |                   |
|      |                     |                   |
|      |                     |                   |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____

_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## Certificate of Service

I hereby certify that on July 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

<u>/s/ Gregory Dolin</u>
Gregory Dolin
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
greg.dolin@ncla.legal

*Counsel for Appellant*