UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HON. PAULINE NEWMAN**,<br><br>Plaintiff,<br><br>v.<br><br>**HON. KIMBERLY A. MOORE**, *et al.*,<br><br>Defendants. | Case No. 23-cv-01334 (CRC) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [ECF No. 45] Defendants' Motion for Judgment on the Pleadings is GRANTED.  It is further

**ORDERED** that this case is dismissed.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: July 9, 2024