# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *in her official capacities as Chief Judge of the U.S. Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit, and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.*,<br><br>Defendants-Appellees. | No. 24-5173 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.  Parties and Amici**

Plaintiff-appellant is Hon. Pauline Newman.

Defendants-appellees are Hon. Kimberly A. Moore, in her official capacities as Chief Judge of the U.S. Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit, and Chair of the Special Committee of the Judicial Council of the Federal Circuit; Hon. Sharon Prost,

in her official capacity as Member of the Special Committee of the Judicial Council of the Federal Circuit; Hon. Richard G. Taranto, in his official capacity as Member of the Special Committee of the Judicial Council of the Federal Circuit; and the Judicial Council of the Federal Circuit and all members thereof, in their official capacities.

No amici have appeared to date in this Court or in the district court.

### B. Rulings Under Review

Plaintiff appeals from the memorandum opinion and order (Dkt. 43) issued by the district court (Cooper, J.) on February 12, 2024, and from the memorandum opinion (Dkt. 50) and order (Dkt. 49) issued by the district court on July 9, 2024. The first memorandum opinion has not yet been published but is available at 2024 WL 551836; the second memorandum opinion is not published but is available at 2024 WL 3338858. There is no official citation for the July 9 order.

### C. Related Cases

This case has not previously been before this Court or any court other than the district court. Counsel for defendants-appellees are unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

MELISSA N. PATTERSON

 /s/ *Maxwell A. Baldi*
MAXWELL A. BALDI
  Attorneys, Appellate Staff
  Civil Division, Room 7513
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530
  (202) 532-0211
  maxwell.baldi@usdoj.gov

August 2024