# IN THE UNITED STATES CIRCUIT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HON. PAULINE NEWMAN,<br>Circuit Judge<br>United States Court of Appeals for the Federal Circuit,<br>*Appellant*,<br><br>v.<br><br>THE HON. KIMBERLY A. MOORE,<br>in her official capacities as<br>Chief Judge of the U.S. Court of Appeals for the Federal Circuit,<br>Chair of the Judicial Council of the Federal Circuit, and<br>Chair of the Special Committee of the Judicial Council of the Federal Circuit,<br><br>THE HON. SHARON PROST,<br>in her official capacity as<br>Member of the Special Committee of the Judicial Council of the Federal Circuit,<br><br>THE HON. RICHARD G. TARANTO,<br>in his official capacity as<br>Member of the Special Committee of the Judicial Council of the Federal Circuit,<br><br>and<br><br>THE JUDICIAL COUNCIL OF THE FEDERAL CIRCUIT,<br>AND ALL MEMBERS THEREOF,<br><br>*Appellees*. | NO. 24-5173<br><br>**STATEMENT ON JOINT APPENDIX** |

Pursuant to the Court's Order of July 18, 2024, Appellant, the Hon. Pauline Newman, states that she has agreed with Respondents, the Hon. Kimberly A. Moore, *et al.*, to file the Joint Appendix simultaneously with Appellant's brief as prescribed by the Fed. R. App. P. 30(a)(3) and D.C. Cir. R. 30(a). The parties have further agreed as to the contents of said Appendix.

Respectfully submitted,

/s/ *Gregory Dolin*
Gregory Dolin, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
greg.dolin@ncla.legal

*Counsel for Plaintiff*

1

**Certificate of Service**

I hereby certify that on August 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

/s/ Gregory Dolin
Gregory Dolin
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
greg.dolin@ncla.legal

*Counsel for Appellant*