# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE HON. PAULINE NEWMAN,<br>Circuit Judge<br>United States Court of Appeals for the Federal Circuit,<br>*Appellant*,<br><br>v.<br><br>THE HON. KIMBERLY A. MOORE,<br>in her official capacities as<br>Chief Judge of the U.S. Court of Appeals for the Federal Circuit,<br>Chair of the Judicial Council of the Federal Circuit, and<br>Chair of the Special Committee of the Judicial Council of the Federal Circuit,<br><br>THE HON. SHARON PROST,<br>in her official capacity as<br>Member of the Special Committee of the Judicial Council of the Federal Circuit,<br><br>THE HON. RICHARD G. TARANTO,<br>in his official capacity as<br>Member of the Special Committee of the Judicial Council of the Federal Circuit,<br><br>and<br><br>THE JUDICIAL COUNCIL OF THE FEDERAL CIRCUIT,<br>AND ALL MEMBERS THEREOF,<br><br>*Appellees*. | NO. 24-5173<br><br>**STATEMENT OF ISSUES TO BE RAISED ON APPEAL** |

Pursuant to the Court's Order of July 18, 2024, Appellant, the Hon. Pauline Newman, by and through her counsel, the New Civil Liberties Alliance, hereby submits the following Statement of Issues to Be Raised on Appeal:

(1) Is the Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351–364, unconstitutional to the extent it permits suspension of Article III judges from office absent impeachment?

(2) Does the Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351–364, which sets no identifiable standards for disability, nor for commencement or termination of investigative processes, violate due process of law?

(3) To the extent that the Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351–364 is constitutional, have the Defendants-Appellees exceeded their authority under the Act as they have applied it to Judge Newman?

(4) To the extent that the Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351–364 is constitutional, has the Defendants-Appellees' conduct of the investigation violated Judge Newman's right to due process of law?

Respectfully submitted,

/s/ *Gregory Dolin*

Gregory Dolin, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
greg.dolin@ncla.legal

*Counsel for Appellant*

## Certificate of Service

I hereby certify that on August 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

/s/ Gregory Dolin
Gregory Dolin
NEW CIVIL LIBERTIES ALLIANCE
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5210
greg.dolin@ncla.legal

*Counsel for Appellant*