# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5173**                      **September Term, 2024**

1:23-cv-01334-CRC

Filed On: October 9, 2024 [2079196]

Pauline Newman, Honorable; Circuit Judge,

      Appellant

    v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

      Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellant's Brief | December 5, 2024 |
| Appendix | December 5, 2024 |
| Appellees' Brief | January 21, 2025 |
| Appellant's Reply Brief | February 11, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk