# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Newman

v.

Moore

**Case No:** 24-5173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ● Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Hon. Kimberly A. Moore

Hon. Sharon Prost

Hon. Richard G. Taranto

Judicial Council of the Federal Circuit

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

2nd Counsel: Mark R. Freeman

Direct Phone: (202) 514-5714  Fax: (202) 307-2551  Email: mark.freeman2@usdoj.gov

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) _____  Email:

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Ave. N.W., Rm. 7519, Washington, DC 20530

Firm Phone: (202) 305-1754  Fax: (202) 307-2551  Email: civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)