

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7259
Washington, DC 20530

Melissa N. Patterson  (202) 514-1201
melissa.patterson@usdoj.gov

January 16, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

Re:  *Newman v. Moore*, No. 24-5173 (oral argument not scheduled)

Dear Mr. Cislak:

    We write regarding the scheduling of oral argument in the above-referenced appeal.

    Melissa N. Patterson is the government attorney with responsibility for arguing this appeal.  Ms. Patterson will be unavailable for oral argument from March 24-31, 2025 in light of an out-of-state family vacation for which reservations and payments have been made.  We respectfully ask that oral argument not be set during that period.

    Thank you for your consideration.

                                Sincerely,

                                /s/ Melissa N. Patterson

cc:    All counsel of record (by CM/ECF)