## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
## IN THE USCA CASE #24-5173 (NEWMAN v. MOORE. et al)

FROM

Dr. Probir K. Bondyopadhyay

U.S. Citizen, Amicus Curiae

15059 Caseta Drive, No. 3313

Houston, Texas 77082, U.S.A.

Tel: 1-832-758-6514

E-Mail: dr.bondy@gmail.com

TO

U.S. Court of Appeals for the D.C. Circuit

The Honorable Chief Judge

333 Constitution Avenue NW

Washington, D.C. 20001 USA

**DATE:   JANUARY 22, 2025**

**SUBJECT:** MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
IN THE USCA CASE #24-5173 (NEWMAN v. MOORE, et al)

HONORABLE SIR,

I hereby submit this notion for leave to participate as amicus curiae and file the attached Amicus Curiae Brief in the USCA Case 24-5173 (Pauline Newman v. Kimberly A. Moore, et al) as Amicus Curiae and pray that the motion be granted so that the Truth triumphs.

Respectfully,

*[signature]* January 22, 2025
(Dr. Probir K. Bondyopadhyay) Pro Se.

# MOTION FOR LEAVE TO FILE
## Under Circuit Rule 29(b)

**1.** This motion for leave to participate as amicus curiae is filed to present the most important disclosure statement to this Honorable U.S. Court of Appeals for the D.C. Circuit (USCA Case No. 24-5173) for immediate attention.

**2.** Incontrovertible evidence of bad behavior of this Plaintiff-Appellant (this case No. 24-5173) arising out of cognitive degeneration exist in the public domain as judicial record of the CAFC (Court of Appeals for the Federal Circuit) since September 7, 2018 [CAFC case Docket #18-1674, National Index 0:2018cvus01674, Document No. 32]

**3.** This amicus curiae, a U.S. Citizen, is the sole inventor and sole owner of the U.S. Patents 6, 292,134 and 11, 296,408 and is an original Article 1 creature of the U.S. Constitution established by Title 28 USC Section 1338(a) in the U.S. District Court, SDTX Houston, [case 4:13-cv-01914] on October 23, 2013 under Section 8, Clause 8 read in conjunction with Title 35 USC Section 100(d).

**4.** These two U.S. patents (U.S. 6, 292,134 and U.S. 11, 296,408) are very large system architecture patents (all electronic scanning Phased Array Radar and Communication Systems) with dedicated applications (detection and tracking) in defense of the United States against hypersonic ballistic missiles as well as in

i

modernization of U.S. Air Force Satellite Control Networks (AFSCN), etc.

**5.** Cognitive degeneration in this Plaintiff-Appellant (Hon. Pauline Newman) is so severe and damaging that this Plaintiff-Appellant can not recognize that Promoting Progress of Science is an Article 1 U.S. CONSTITUTIONAL ORDER and the Defendant-Appellee in the CAFC case #18-1674 is the U.S.A. and the applicable law there, Title 28 USC Section 1498(a), is a *Constitution Law,* on which Title 28 USC Section 2501 can NOT put restrictions when the U.S. patent is live and active.

**6.** Open judicial records of the CAFC easily available and accessible to the public, confirm that the Plaintiff-Appellant Pauline Newman (the Honorable CAFC judge - a derivative creature of Article III Section 1 of the U.S. Constitution) is currently in the present situation for failure to honor, preserve and defend the U.S. Constitution.

**7.** The details are presented and analyzed in this amicus curiae brief. John 8.32 directs this amicus curiae to submit that this amicus curiae should be able to participate in the needed oral arguments.

Respectfully submitted,

*PKBondyopadhyay*, January 22, 2025
Probir Kumar Bondyopadhyay, Ph.D. *Pro Se*
Original Article 1 Creature of the U.S. Constitution
15059 Caseta Drive, No. 3313
Houston, Texas 77082 U.S.A.
832-758-6514
dr.bondy@gmail.com

January 22, 2025