# PETITION FOR PERMISSION TO ATTEND AND PARTICIPATE IN THE ORAL HEARING OF THE USCA CASE #24-5173 (NEWMAN v. MOORE) AS AMICUS CURIAE

FROM

Dr. Probir K. Bondyopadhyay

U.S. Citizen, Amicus Curiae

15059 Caseta Drive, No. 3313

Houston, Texas 77082, U.S.A.

Tel: 1-832-758-6514

E-Mail: dr.bondy@gmail.com

TO

The Honorable Clerk

U.S. Court of Appeals for the D.C. Circuit

333 Constitution Avenue NW

Washington, D.C. 20001 USA

**DATE:** JANUARY 22, 2025

**SUBJECT:** PETITION FOR PERMISSION TO ATTEND AND PARTICIPATE IN THE ORAL HEARING OF THE USCA CASE #24-5173 (NEWMAN v. MOORE) AS AMICUS CURIAE

HONORABLE SIR,

I hereby submit this petition *to attend and participate in the oral hearing* of the USCA Case 24-5173 (Pauline Newman v. Kimberly A. Moore et al) as Amicus Curiae and pray that the petition be granted so that the Truth triumphs.

Respectfully,

*(signature)*, January 22, 2025
(Dr. Probir K. Bondyopadhyay)
Pro Se.