# [ORAL ARGUMENT NOT SCHEDULED]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HON. PAULINE NEWMAN,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>HON. KIMBERLY A. MOORE, *in her official capacities as Chief Judge of the U.S. Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit, and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.*,<br><br>        Defendants-Appellees. | No. 24-5173 |

## UNOPPOSED MOTION TO UNSEAL

Defendants-Appellees hereby respectfully move this Court to unseal their response brief and Plaintiff-Appellant's opening brief. Plaintiff consents to unsealing Defendants' brief provided that her brief is unsealed as well.

Defendants filed their response brief under seal because it referenced material that was at that time sealed in the underlying judicial conduct & disability proceeding. *See* D.C. Cir. R. 47.1; *see also Newman v. Moore*, No. 24-

5173, 2025 WL 415316, *1 (D.C. Cir. Feb. 3, 2025) (per curiam).  Plaintiff similarly filed her opening brief under seal.  As Defendants recently explained, the materials referenced in those briefs are no longer under seal.  Defs.' 28(j) Letter 1–2 (Feb. 7, 2025).  Because the merits briefs no longer meet the requirements for sealing, this Court should unseal them.  *See* D.C. Cir. R. 47.1(a), (c).

## CONCLUSION

For the foregoing reasons, the parties' merits briefs should be unsealed.

>Respectfully submitted,
>
>MARK R. FREEMAN
>MELISSA N. PATTERSON
>
> /s/ MAXWELL A. BALDI
>MAXWELL A. BALDI
>  Attorneys, Appellate Staff
>  Civil Division, Room 7513
>  U.S. Department of Justice
>  950 Pennsylvania Ave., N.W.
>  Washington, D.C.  20530
>  (202) 532-0211
>  maxwell.baldi@usdoj.gov

February 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 142 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Expanded BT 14-point font, a proportionally spaced typeface.

                                                        /s/ *Maxwell A. Baldi*  
                                                      MAXWELL A. BALDI