# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5173**                     **September Term, 2024**

**1:23-cv-01334-CRC**

**Filed On: February 13, 2025** [2100585]

Pauline Newman, Honorable; Circuit Judge,

      Appellant

   v.

Kimberly A. Moore, Honorable; in her
official capacities as Chief Judge of the
United States Court of Appeals for the
Federal Circuit, Chair of the Judicial
Council of the Federal Circuit and Chair of
the Special Committee of the Judicial
Council of the Federal Circuit, et al.,

      Appellees

## O R D E R

    Upon consideration of the motion of Dr. Probir K. Bondyopadhyay for leave to file a brief amicus curiae, and the lodged amicus brief, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

        BY:   /s/
                 Michael C. McGrail
                 Deputy Clerk