New Civil Liberties Alliance

February 21, 2025

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave NW
Washington, DC 20001

VIA CM/ECF

    Re: *Newman v. Moore*, No. 24-5173 (oral argument not yet scheduled)

Dear Mr. Cislak:

    We write regarding the scheduling of oral argument in the above-referenced appeal.

    Gregory Dolin is Judge Newman's attorney with responsibility for arguing this appeal.

    Mr. Dolin will be unavailable for oral argument from April 10-20, 2025 in light of the Passover holiday, which Mr. Dolin will be celebrating with family in Israel. The reservations and payments for this trip have been made. Accordingly, we respectfully ask that oral argument not be set during that period.

    Thank you for your consideration.

        Respectfully submitted,
        /s/ *Gregory Dolin*
        Senior Litigation Counsel
        NEW CIVIL LIBERTIES ALLIANCE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

                                              */s/Gregory Dolin*
                                              Gregory Dolin