# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-5173**                   **September Term, 2024**

1:23-cv-01334-CRC

Filed On: February 21, 2025 [2102131]

Pauline Newman, Honorable; Circuit Judge,

       Appellant

       v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

       Appellees

## O R D E R

      It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on April 24, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

      The time and date of oral argument will not change absent further order of the Court.

      A separate order will be issued regarding the allocation of time for argument.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                              BY:     /s/
                                             Michael C. McGrail
                                             Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)