

## Under CADC Rule 29(b)

### MOTION FOR LEAVE TO FILE A MOTION FOR AFFIDAVITS FROM FIVE IMPORTANT AMICI CURIAE OF THE PLAINTIFF-APPELLANT

CADC Case # 24-5173 (Newman v. Moore, et al.)

FROM

Dr. Probir Kumar Bondyopadhyay

U.S. Citizen, Amicus Curiae

TO

U.S. Court of Appeals for the D.C. Circuit

The Honorable Chief Judge

333 Constitution Avenue NW

Washington, D.C. 20001

**DATE:  February 20, 2025**

FEB 25 2025

RECEIVED

Honorable Sir,

JOHN 8.32 compels this *participating* amicus curiae to file this motion for leave to file the motion for court orders for five separate affidavits from five important amici curiae of the Plaintiff-appellant, listed in the docket, which will bring this bizarre appeals case to an abrupt end. The details are attached in the second page.

Respectfully submitted,

Feb 20, 2025

Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae          Pro Se
Original Article 1 Creature of the U.S. Constitution

1