# Under CADC Rule 29(b)

## MOTION FOR LEAVE TO FILE A MOTION FOR AFFIDAVITS FROM FIVE IMPORTANT AMICI CURIAE OF THE PLAINTIFF-APPELLANT

CADC Case # 24-5173 (Newman v. Moore, et al.)

The details of the following Affidavit to be filed *separately* by the following five Amici curiae of the Plaintiff-Appellant CAFC Judge Pauline Newman are:

*Can Title 28 USC Section 2501 impose time restrictions on Title 28 USC Section 1498a during the twenty-year full life time of a U.S. Patent when the said U.S. patent is live and active?*

*A YES or NO answer will suffice with needed explanation.*

These five amici curiae for Appellant, listed in the Docket, are:

(1) **Prof. Rochelle Cooper Dreyfuss**, Emerita, N.Y. University School of Law

   E-Mail: rochelle.dreyfuss@nyu.edu

(2) **Prof. Hugh C. Hansen** of Law: Fordham University, *"IP provocateur"*.

   E-Mail: HHANSEN@law.fordham.edu

(3) **Hon. Susan Gertrude Braden**, Chief Judge of the USCFC, in February 2018.

(4) **Hon. Randall Ray Rader,** Chief Judge(retd.) of CAFC (5/31/2010-5/30/2014)

(5) **Prof. Andrew C. Michaels,** The University of Houston Law Center.

   E-Mail: acmichaels@uh.edu

*[signature]* Feb 20, 2025
Probir Kumar Bondyopadhyay, Ph. D. *Pro Se.*
Amicus Curiae
Original Article 1 Creature of the U.S. Constitution

2

## CERTFICATE OF COMPLIANCE

This amicus curiae brief has been typed double-spaced with Times New Roman 14-pt font. The *entire* document has 324 words and meets all the necessary requirements under Circuit Rule 29 and Rule 32(a)(7)(C)(i) etc., etc.

This amicus curiae *is Pro Se.*

## CERTIFICATE OF SERVICE

As soon as this Honorable Appeals Court grants the Motion of this *participating* Amicus Curiae to file this very important motion in this case (#24-5173), this Amicus Curiae submission will be placed in the Docket and all from all sides will get notified. This Amicus Curiae will keep an eye on the Docket through www.pacer.gov website.

This amicus curiae is separately sending this very important submission to all parties and all amici curiae of the Plaintiff-Appellant listed in the docket, by E-Mail as a pdf file.

---

3

FedEx shipping label:

ORIGIN ID:NQIA (832) 758-6514
DR. PROBIR K BONDYOPADHYAY
AMICUS CURIAE CASE 24-5173
15059 CASETA DR
NO 3313
HOUSTON, TX 77082
UNITED STATES US

SHIP DATE: 20FEB25
ACTWGT: 0.35 LB
CAD: 6571519/RDSA261

TO: THE HONORABLE CLERK U.S. COURT OF APPEALS FOR THE D.C. CIRCUIT
333 CONSTITUTION AVE. NW
WASHINGTON DC 20001
(202) 216-7000

MON – 24 FEB ** 2D
TRK# 7722 1360 4072

SCREENED BY U.S. MARSHALS
FEB 2 5 2025