Amicus Curiae

Case 24-5173

Original
+ 7 Copies

RECEIVED
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAR -5 2025

Motion for Affidavit

Motion for leave to file

2/28/25

# Under CADC Rule 29(b)

## MOTION FOR LEAVE TO FILE A MOTION FOR AFFIDAVITS FROM FIVE IMPORTANT AMICI CURIAE OF THE PLAINTIFF-APPELLANT

CADC Case # 24-5173 (Newman v. Moore, et al.)

FROM

Dr. Probir Kumar Bondyopadhyay

U.S. Citizen, Amicus Curiae

TO

U.S. Court of Appeals for the D.C. Circuit

The Honorable Chief Judge

333 Constitution Avenue NW

Washington, D.C. 20001

**DATE:  February 28, 2025**

Honorable Sir,

   JOHN 8.32 again compels this *participating* amicus curiae to file this motion for leave to file the motion for court orders for five separate affidavits from five very important amici curiae of the Plaintiff-appellant, listed in the docket, which will help answer, *"What's going on with the Federal Circuit?"* and bring this bizarre appeals case to an abrupt end. The details are attached in the second page.

Respectfully submitted,



Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae    Pro Se
Original Article 1 Creature of the U.S. Constitution

1

# Under CADC Rule 29(b)

## MOTION FOR LEAVE TO FILE A MOTION FOR AFFIDAVITS FROM FIVE IMPORTANT AMICI CURIAE OF THE PLAINTIFF-APPELLANT

CADC Case # 24-5173 (Newman v. Moore, et al.)

The details of the following Affidavit to be filed *separately* by the following five Amici curiae of the Plaintiff-Appellant CAFC Judge Pauline Newman (*answering the following simple question*) are:

*Title 28 USC Section 1498(a) is a U.S. Constitutional Law that originates directly from Article 1 Section 8 Clause 8 of the U.S. Constitution and NOT from the Fifth Amendment to the U.S. Constitution. Is it TRUE or FALSE?*

These five Honorable amici curiae for Appellant, listed in the Docket, are:

(1) **Hon. Paul Redmond Michel**, Chief Judge(retd.) of CAFC (2004-2010)

(2) **Prof. Rochelle Cooper Dreyfuss**, Emerita, N.Y. University School of Law
   E-Mail: rochelle.dreyfuss@nyu.edu

(3) **Prof. Hugh C. Hansen** of Law: Fordham University, *"IP provocateur"*.

   E-Mail: HHANSEN@law.fordham.edu

(4) **Hon. Susan Gertrude Braden**, Chief Judge of the USCFC, in February 2018.

(5) **Hon. Randall Ray Rader,** Chief Judge(retd.) of CAFC (5/31/2010-5/30/2014)

At its core, this CADC case is actually a legal case.

*[signature]* Feb. 28, 2025
Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae      *Pro Se.*
Original Article 1 Creature of the U.S. Constitution

2

## CERTFICATE OF COMPLIANCE

This amicus curiae brief has been typed double-spaced with Times New Roman 14-pt font. The *entire* document has 346 words and meets all the necessary requirements under Circuit Rule 29 and Rule 32(a)(7)(C)(i) etc., etc.

This amicus curiae *is Pro Se*.

## CERTIFICATE OF SERVICE

As soon as this Honorable Appeals Court grants the Motion of this *participating* Amicus Curiae to file this very important motion in this case (#24-5173), this Amicus Curiae submission will be placed in the Docket and all from all sides will get notified. This Amicus Curiae will keep an eye on the Docket through www.pacer.gov website.

This amicus curiae is separately sending this very important submission to all parties and all amici curiae of the Plaintiff-Appellant listed in the docket, by E-Mail as a pdf file.

———————

Align top of FedEx Express® shipping label here.

ORIGIN ID:NQIA (832) 758-6514
DR PROBIR K BONDYOPADHYAY US
CITIZEN AMICUS CURIAE CASE 24-5173
15059 CASETA DR
APT 3313
HOUSTON, TX 77082
UNITED STATES US

SHIP DATE: 03MAR25
ACTWGT: 0.35 LB
CAD: 6571519/ROSA2610

TO THE HONORABLE CLERK US COURT
OF APPEALS FOR THE DC CIRCUIT
333 CONSTITUTION AVE NW
WASHINGTON DC 20001
(202) 216-7000    REF:

FedEx Express E

WED - 05 MAR 5:00P
TRK# 7724 5135 1352    ** 2DAY **

SS TSGA    20001
DC-US    IAD

Envelope Recycle me.