Case 24-5173

[Original] + 7 copies

Amicus Curiae Motion

/s/ Barry Rodriguez

March 4, 2025

Under CADC Rule 29(b)
# AMICUS CURIAE ORAL ARGUMENT REQUEST
CADC Case # 24-5173 (Newman v. Moore, et al.)

FROM
Dr. Probir Kumar Bondyopadhyay
U.S. Citizen, Amicus Curiae
Original Article 1 Creature of the U.S. Constitution

TO
U.S. Court of Appeals for the D.C. Circuit
Mr. Michael C. McGrail, Deputy Clerk
333 Constitution Avenue NW
Washington, D.C. 20001
**DATE:  March 04, 2025**

Honorable Sir,

   This amicus curiae has received your E-Mail communication of February 21, 2025 regarding the date set for Oral Argument. Thank you. I will be present in person.

   An *extraordinary situation of great national importance* exists, consistent with CADC Rule 40(b)(2)(D), such that JOHN 8.32 orders this amicus curiae to file the motion that this Honorable Court grant a maximum of ten (10) minutes to this amicus curiae to make oral presentations on the two following items:

(1). Corruption of the U.S. Constitutional law: Title 28 USC Section 1498(a) by the fraudulent Doctrine of Equivalents -- **that must NOT stand.**

(2). Dismissal of established Jeffersonian Claim as a fifth amendment claim – **that must NOT stand.** Kindly place this motion on the docket immediately.

Respectfully submitted,

*Probir Kumar Bondyopadhyay*, March 4, 2025
Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae  Pro Se.
Original Article 1 Creature of the U.S. Constitution

HOUSTON, TX 77082
UNITED STATES US

TO THE HONORABLE CLERK
US COURT OF APEALS FOR DC CIRCUIT
333 CONSTITUTION AVE. NW
WASHINGTON DC 20001
(202) 216-7000



FedEx Express
E

THU - 06 MAR 5:00P
** 2DAY **

TRK# 7724 7933 4720
0201

SS TSGA

20001
DC-US IAD

FedEx Envelope Recycle me.