Case 24-5173

Amicus Curiae Motion

The Original & 7 copies

Under CADC Rule 29(b)

[signature]

March 7, 2025

RECEIVED MAR 10 2025 UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT

# MOTION OF AMICUS CURIAE FOR LEAVE TO FILE A MOTION FOR RESPONSE FROM THE U.S. SOLICITOR GENERAL

## Under CADC Rule 29(b)

CADC Case # 24-5173 (Newman v. Moore, et al.)

FROM

Probir Kumar Bondyopadhyay, Ph.D.
U.S. Citizen, Amicus Curiae
Original Article 1 Creature of the U.S. Constitution

TO

U.S. Court of Appeals for the D.C. Circuit
The Honorable Chief Judge
333 Constitution Avenue NW
Washington, D.C. 20001

DATE: March 7, 2025

Honorable Sir,

JOHN 8.32 *again* compels this amicus curiae to file this motion for leave to file the following *extremely important* Motion seeking response from the Honorable U.S. Solicitor General (in the form of an affidavit to this Honorable Court), *answering whether the Honorable U.S. Solicitor General at all read the Writ of Certiorari petition 23-190 (Exhibit-1) before submitting the Waiver (from responding) on September 16, 2023 (Exhibit-2) to the U.S. Supreme Court.* This needed affidavit will address the obstruction of constitutional justice matter in the present case.

Respectfully submitted,

*PKBondyopadhyay* March 7, 2025
Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae
Original Article 1 Creature of the U.S. Constitution

# MOTION OF AMICUS CURIAE FOR LEAVE TO FILE THE MOTION FOR RESPONSE FROM THE U.S. SOLICITOR GENERAL

CADC Case # 24-5173 (Newman v. Moore, et al.)

### NEED FOR AN AFFIDAVIT FROM THE U.S. SOLICITOR GENERAL

This Honorable Court's laser-sharp attention is drawn to the attached front page of Exhibit-1, the Writ of Certiorari petition 23-190 filed in the U.S. Supreme Court.

The Plaintiff-Appellant in the present case (#24-5173) Hon. CAFC Judge Pauline Newman filed her original case in the U.S. District Court, D.C. on May 10, 2023 (case 1:23-cv-01334) to prevent the U.S. Solicitor General Honorable Elizabeth B. Prelogar from filing a response (see Exhibit-2) to the Writ of Certiorari Petition in the U.S. Supreme Court (case 23-190) that was filed on May 22, 2023.

**It is very important for this Honorable Court (CADC) to know whether the Honorable Solicitor General actually read the petition before signing the Waiver, dated September 06, 2023.** Therefore, under orders from JOHN 8.32, this amicus curiae submits the following Motion to uncover the truth which is required to make further correct progress in this case.

## THE MOTION

This participating amicus curiae under CADC Rule 29(b) files the motion that this Honorable Court issue an order asking the Honorable U.S. Solicitor General to answer *whether the Honorable U.S. Solicitor General,* **at all, actually** *read the Writ of Certiorari petition (U.S Supreme Court case 23-190) before signing and submitting the WAIVER response* to the Honorable U.S. Supreme Court on September 06, 2023!

1

## CERTFICATE OF COMPLIANCE

This amicus curiae write-up has been typed double-spaced with Times New Roman 14-pt font. The *entire* document has 423 words and meets all the necessary requirements under Circuit Rule 29 and Rule 32(a)(7)(C)(i) etc., etc.

This amicus curiae is Pro Se.

## CERTIFICATE OF SERVICE

As soon as this Honorable Appeals Court grants the Motion of this Amicus Curiae to participate in this case (#24-5173), this Amicus Curiae Brief will be placed in the Docket and all from all sides will get notified. This Amicus Curiae will keep an eye on the Docket through www.pacer.gov website.

This amicus curiae is separately sending this brief to all parties and all amici curiae of the Plaintiff-Appellant listed in the docket, by E-Mail as a pdf file.

*[Signature]*, March 7, 2025
Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae
Original Article 1 Creature of the U.S. Constitution

2

APPENDIX

**EXHIBIT-1**

Front page of the Writ of Certiorari petition to the U.S. Supreme Court

Case 23-190

3

No. 23-190

Supreme Court, U.S.
FILED
MAY 22 2023
OFFICE OF THE CLERK

# In The
# Supreme Court of the United States

DR. PROBIR KUMAR BONDYOPADHYAY, *Pro Se,*

*Petitioner*

v.

U.S.A.

*Respondent*

On petition for a Writ of Certiorari
to the United States Court of Appeals
for the Federal Circuit

**PETITION FOR A WRIT OF CERTIORARI**

Probir Kumar Bondyopadhyay
15059 Caseta Drive, Apt. 3313
Houston, Texas 77082
1-(832)-758-6514
E-Mail: dr.bondy@gmail.com
August 15, 2023

**EXHIBIT-1**

4

**EXHIBIT-2**

U.S. Solicitor General's Response

to the Writ of Certiorari petition to the U.S. Supreme Court

Case 23-190

5

IN THE SUPREME COURT OF THE UNITED STATES

BONDYOPADHYAY, PROBIR K.
Petitioner

vs.                                                     No:   23-0190

UNITED STATES OF AMERICA

### WAIVER

The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

ELIZABETH B. PRELOGAR
Solicitor General
   Counsel of Record

September 06, 2023

cc:

PROBIR K. BONDYOPADHYAY
15059 CASETA DRIVE
APT. 3313
HOUSTON, TX 77082.

**EXHIBIT-2**

6

```
HOUSTON, TX 77082
UNITED STATES US

TO  THE HONORABLE CLERK US
    COURT OF APPEALS FOR THE DC CIRCUIT
    333 CONSTITUTION AVE. NW
    WASHINGTON DC 20001
    (202) 216-7000        REF:
```



FedEx Express — E

```
TRK# 7725 6399 0455
0201

TUE - 11 MAR AA
** 2DAY **

20001
DC-US
IAD

SP TSGA

3696317 09Mar 10:32 MEMH  547C3/5027/A17C
```



RT 686 FZ B03  E  3.00  17.00  0455  03.10

FedEx envelope — Recycle me