## MOTION OF AMICUS CURIAE FOR LEAVE TO FILE A MOTION FOR PRESENTATION OF AN INVITATION TO THE CADC
### Under CADC Rule 29(b)

CADC Case # 24-5173 (Newman v. Moore, et al.)

**FROM**

Probir Kumar Bondyopadhyay, Ph.D.
U.S. Citizen, Amicus Curiae
Original Article 1 Creature of the U.S. Constitution

**TO**

U.S. Court of Appeals for the D.C. Circuit
The Honorable Chief Judge
333 Constitution Avenue NW
Washington, D.C. 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 17 2025

RECEIVED

**DATE: March 14, 2025**

## MOTION FOR AN INVITATION

Honorable Sir,

JOHN 8.32 *again* compels this amicus curiae to file this motion for leave to file the following *extremely important* Motion that this amicus curiae be *invited* by this Honorable CADC as a witness and *be rigorously cross-examined by amicus curiae Honorable CAFC Chief Judge (retd.) Paul Redmond Michel to answer:* **"What's going on with the Federal Circuit?"** [see Document #2089319, filed 12/12/2024, page 22]

In the matter of corruption of the Constitutional Law: Title 28 USC Section 1498(a) by the *fraudulent Doctrine of Equivalents,* an *extra-ordinary situation consistent with CADC Rule 40(b)(2)(D), exists.*

Respectfully submitted,

*[signature]*, March 14, 2025
Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae    Pro Se
Original Article 1 Creature of the U.S. Constitution

## MOTION OF AMICUS CURIAE FOR LEAVE TO FILE THE MOTION FOR PRESENTING AN INVITATION TO THE HONORABLE CADC

(CADC Case # 24-5173 (Newman v. Moore, et al.)

NEED FOR EXPOSING THE CORRUPTION OF
THE CONSTITUTIONAL LAW:
Title 28 USC Section 1498(a)

As already stated, at the center of this present CADC case 24-5173 is the corruption of the Constitutional Law: Title 28 USC Section 1498(a) at the USCFC and CAFC that must have to be addressed by this honorable CADC which never deals with this unique constitutional law in its (CADC) ordinary business.

At its core, this case (24-5173) is a legal case and not a medical case because no one disputes that the Honorable CAFC judge Pauline Newman is a 97+ years young lady, soon going on 98. It is the cognitively degenerate mind, integrally resident in the head of the Honorable CAFC judge Pauline Newman, that has corrupted the Constitutional law: Title 28 USC Section 1498(a). <u>This can not stand.</u>

*The Doctrine of Equivalents is fraudulent like the Doctrine of Separate but Equal.* It took the Honorable U.S. Supreme Court 58 (fifty-eight) long years (347 U.S. 483) to figure out that (163 U.S. 537) is *inherently* fraudulent.

Therefore, under orders from JOHN 8.32, this amicus curiae submits the following Motion such that this Honorable Court address the real serious issue in this case.

## THE MOTION

This participating amicus curiae under CADC Rule 29(b) files the motion that this Honorable Court designate this amicus curiae *as a new witness in this extra-ordinary case* and get him rigorously cross-examined (to be video recorded) by Honorable CAFC Chief Judge (retired) Paul Redmond Michel, who is an amicus-curiae of the

1

Plaintiff Appellant. This is needed to expose the truth and remedy the damage done to the progress of science. The CAFC has failed three times to recognize, and then, correct the serious damage already done to the progress of science!

Honorable CAFC Chief Judge (retired) Paul Redmond Michel has gone public with the following observations (which is also in the case docket as quoted below):

---

USCA Case #24-5173   Document #2089319   Filed 12/12/2024   Page 22 of 24

Getting the facts straight always lies at the heart of doing justice. In this case, however, the relevant facts have yet to be established and verified.

---

**CAFC Chief Judge (retd.) Paul Redmond Michel continues:**

---

USCA Case #24-5173   Document #2089319   Filed 12/12/2024   Page 22 of 24

Judges from around the country anxiously ask me regarding the actions taken against Judge Newman: "What's going on with the Federal Circuit?" Is it not time for some outside authority to intervene and to end this impasse before it further undermines the credibility of the Federal Circuit, and potentially the entire judiciary?

---

**JOHN 8.32 demands that Judge Paul Redmond Michel accepts this invitation to cross examine this amicus curiae on April 24, 2025 at the CADC.**

*[Signature]*, March 14, 2024
Probir Kumar Bondyopadhyay, Ph. D.
Amicus Curiae   Pro Se
Original Article 1 Creature of the U.S. Constitution

2

## CERTFICATE OF COMPLIANCE

This amicus curiae write-up has been typed double-spaced with Times New Roman 14-pt font. The *entire* document has 681 words and meets all the necessary requirements under Circuit Rule 29 and Rule 32(a)(7)(C)(i) etc., etc.

This amicus curiae is Pro Se.

## CERTIFICATE OF SERVICE

As soon as this Honorable Appeals Court grants the Motion of this Amicus Curiae to participate in this case (#24-5173), this Amicus Curiae Brief will be placed in the Docket and all from all sides will get notified. This Amicus Curiae will keep an eye on the Docket through www.pacer.gov website.

This amicus curiae is separately sending this brief to all parties and all amici curiae of the Plaintiff-Appellant listed in the docket, by E-Mail as a pdf file.

3

