# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-5173** | **September Term, 2024** |
| | **1:23-cv-01334-CRC** |
| | **Filed On:** March 19, 2025 |

Pauline Newman, Honorable; Circuit Judge,

    Appellant

    v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

    Appellees

## O R D E R

Upon consideration of appellees' motion to unseal; the motion of Dr. Probir Bondyopadhyay ("amicus curiae") for permission to attend and participate in the oral argument; and the motion of amicus curiae for leave to file five separate affidavits, the lodged affidavits, and the supplements thereto, it is

**ORDERED** that the motion to unseal be granted. The Clerk is directed to unseal appellant's opening brief and appellees' brief. It is

**FURTHER ORDERED** that the motions of amicus curiae be denied.

### Per Curiam

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

                     BY:    /s/
                                 Michael C. McGrail
                                 Deputy Clerk