**No. 24-5173**                          **September Term, 2024**

1:23-cv-01334-CRC

Filed On: March 26, 2025 [2107892]

Pauline Newman, Honorable; Circuit Judge,

      Appellant

   v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

      Appellees

     **BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion of amicus curiae Probir Kumar Bondyopadhyay for leave to seek a response from the U.S. Solicitor General, it is

**ORDERED** that the motion be denied.

### Per Curiam

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk
                           BY:    /s/
                                            Michael C. McGrail
                                            Deputy Clerk