# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-5173** | **September Term, 2024** |
| | 1:23-cv-01334-CRC |
| | Filed On: April 24, 2025 [2112558] |

Pauline Newman, Honorable; Circuit Judge,

    Appellant

    v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

    Appellees

    **BEFORE:**   Circuit Judges Millett, Pillard, and Garcia

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, April 24, 2025 at 9:32 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Gregory Dolin, counsel for Appellant.

    Melissa N. Patterson (DOJ), counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
        Anne A. Rothenberger
        Deputy Clerk