

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

---

Maxwell A. Baldi                                      (202) 532-0211
maxwell.baldi@usdoj.gov

July 28, 2025

VIA CM/ECF

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave NW
Washington, DC 20001

Re:   *Newman v. Moore*, No. 24-5713

Dear Mr. Cislak:

   I write pursuant to Federal Rule of Appellate Procedure 28(j) to inform the Court of a development in the judicial conduct and disability proceeding underlying the above-captioned case. Today, the Special Committee released a Report and Recommendation of the Special Committee, available at https://perma.cc/5NSK-47GZ.

                              Sincerely,

                              /s/ *Maxwell A. Baldi*
                              Maxwell A. Baldi

cc:   All counsel of record (by CM/ECF)