# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-5173                 September Term, 2024

FILED ON: AUGUST 22, 2025

PAULINE NEWMAN, HONORABLE; CIRCUIT JUDGE,
    APPELLANT

v.

KIMBERLY A. MOORE, HONORABLE; IN HER OFFICIAL CAPACITIES AS CHIEF JUDGE OF THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT, CHAIR OF THE JUDICIAL COUNCIL OF THE FEDERAL CIRCUIT AND CHAIR OF THE SPECIAL COMMITTEE OF THE JUDICIAL COUNCIL OF THE FEDERAL CIRCUIT, ET AL.,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cv-01334)

Before: MILLETT, PILLARD, and GARCIA, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

BY:    /s/

                                        Daniel J. Reidy
                                        Deputy Clerk

Date: August 22, 2025

Opinion for the court filed by Circuit Judge Garcia.