# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5173**  September Term, 2024

1:23-cv-01334-CRC

Filed On: August 22, 2025 [2131449]

Pauline Newman, Honorable; Circuit Judge,

    Appellant

  v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk