IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| THE HON. PAULINE NEWMAN, <br> Circuit Judge <br> United States Court of Appeals for the Federal Circuit, <br>                                 *Appellant*, <br>     v. <br><br> THE HON. KIMBERLY A. MOORE, <br> in her official capacities as <br> Chief Judge of the U.S. Court of Appeals for the Federal Circuit, <br> Chair of the Judicial Council of the Federal Circuit, and <br> Chair of the Special Committee of the Judicial Council of the Federal Circuit, <br><br> THE HON. SHARON PROST, <br> in her official capacity as <br> Member of the Special Committee of the Judicial Council of the Federal Circuit, <br><br> THE HON. RICHARD G. TARANTO, <br> in his official capacity as <br> Member of the Special Committee of the Judicial Council of the Federal Circuit, <br><br> and <br><br> THE JUDICIAL COUNCIL OF THE FEDERAL CIRCUIT, <br> AND ALL MEMBERS THEREOF, <br>                                 *Appellees*. | NO. 24-5173 <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

The undersigned attorney respectfully moves to withdraw from further representation of Appellant, the Honorable Pauline Newman.

As of September 7, 2025, Mr. Dolin is no longer affiliated with the New Civil Liberties Alliance (NCLA). Furthermore, as of September 8, 2025, Mr. Dolin is employed with the United States Department of Justice, which is directly adverse to Appellant.

Accordingly, Mr. Dolin is no longer able to represent Appellant in this matter. Messrs. John Vecchione, Andrew Morris, and Mark Chenoweth of NCLA will continue to represent Appellant. Messrs. Vecchione, Morris, and Chenoweth are admitted to practice before this Court and remain in good standing

### Relief Requested

Wherefore, for reasons stated, Mr. Dolin respectfully requests that the Court enter an order permitting him to withdraw from this matter.

Respectfully submitted,

*/s/ Gregory Dolin*
Gregory Dolin, MD
Senior Litigation Counsel

NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
greg.dolin@ncla.legal
*Counsel for Appellant*

## **Certificate of Service**

I hereby certify that on September 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing all registered users associated with this case.

/s/ Gregory Dolin
Gregory Dolin
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
(202) 869-5210
greg.dolin@ncla.legal

*Counsel for Appellant*