# Exhibit 1

**From:** Jarrett Perlow <perlowj@cafc.uscourts.gov>
**Sent:** Monday, September 29, 2025 10:26 AM
**To:** Rae Fischer <fischerr@cafc.uscourts.gov>
**Cc:** Judge Pauline Newman <newmanp@cafc.uscourts.gov>; Frances McNulty <mcnultyf@cafc.uscourts.gov>; Patrick Chesnut <chesnutp@cafc.uscourts.gov>; Kevin Gates <gatesk@cafc.uscourts.gov>; Martha Mulugeta <mulugetm@cafc.uscourts.gov>
**Subject:** Denial of Reimbursement Request

Rae,

Thank you for your patience on this request. Per AP #9, "[t]he court may, depending on the availability of funds, reimburse judges for the portion of their home internet service charges used to conduct court-related work at 25%, 50%, 75% or 100% of such charges up to a maximum reimbursable amount of $100.00 per month."

Because Judge Newman was suspended from hearing cases during the requested period, she had no court-related work of the court to conduct. Therefore, as the court's certifying officer, I am denying this reimbursement request for this period. *See* Federal Circuit Judicial Council Order, No. 23-90015 (Sept. 20, 2023); Federal Circuit Judicial Council Order, No. 23-90015 (Sept. 6, 2024); Federal Circuit Judicial Council Order, No. 23-90015 (Aug. 29, 2025).

To the extent any reimbursements during the suspension period were previously approved, those approvals were made in error by court staff, and as such we will not seek repayment to the court for those amounts. Please note, though, that neither I nor court staff will certify any future requests by Judge Newman for reimbursement under AP #9 until her suspension is either lifted or reversed.

Sincerely,

Jarrett

**Jarrett B. Perlow**

Circuit Executive and Clerk of Court

U.S. Court of Appeals for the Federal Circuit

202-275-8020 (office) | www.cafc.uscourts.gov

---

**From:** Rae Fischer <fischerr@cafc.uscourts.gov>
**Sent:** Wednesday, March 12, 2025 5:32 PM
**To:** Finance and Procurement <finance_procurement@cafc.uscourts.gov>
**Subject:** Emailing: SF1164-77 - Judge Newman Phone Bill for July 2024 - Feb 2025

Attached are Judge Newman's phone bills for reimbursement.

Kind Regards,

Rae Fischer, B.S., M.S., M.B.A., J.D., LL.M.
Law Clerk to the Honorable Pauline Newman U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW, Washington, DC 20439 FischerR@cafc.uscourts.gov
(202) 275-8548