# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5173**                                            **September Term, 2025**

1:23-cv-01334-CRC

**Filed On:** October 9, 2025

Pauline Newman, Honorable; Circuit Judge,

      Appellant

    v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

      Appellees

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas*, Rao, Walker, Childs**, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellees' motion for a stay of the rehearing response deadline in light of the lapse of appropriations, the response in opposition thereto, and the supplement to the response, it is

**ORDERED** that the motion be granted. Appellees' deadline to respond to the petition for rehearing en banc is stayed until Congress has restored appropriations to the Department of Justice. When appropriations are restored, the deadline will be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 7 days.

**Per Curiam**

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                                 BY:    /s/
                                                     Daniel J. Reidy
                                                     Deputy Clerk

\* Circuit Judge Katsas would deny the motion.
\** Circuit Judge Childs did not participate in this matter.