# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Pauline Newman

v.

Kimberly A. Moore

**Case No:** 24-5173

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Pauline Newman

### Counsel Information

**Lead Counsel:** Jonathan F. Mitchell

**Direct Phone:** (512) 686-3940  **Fax:** (512) 686-3941  **Email:** jonathan@mitchell.law

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Mitchell Law PLLC

**Firm Address:** 111 Congress Avenue, Suite 400

**Firm Phone:** (512) 686-3940  **Fax:** (512) 686-3941  **Email:** jonathan@mitchell.law

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save]  [Reset Form]  [Print Form]