# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-5173** | **September Term, 2025** |
| | 1:23-cv-01334-CRC |
| | **Filed On:** November 20, 2025 |

Pauline Newman, Honorable; Circuit Judge,

 Appellant

 v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

 Appellees

## O R D E R

 Upon consideration of the Per Curiam Order issued on October 9, 2025, granting appellees' motion for a stay of the rehearing response deadline in light of the lapse in appropriations, and the restoration of appropriations on November 12, 2025, it is

 **ORDERED** that appellees file a response to the petition for rehearing en banc by no later than December 1, 2025. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

         BY: /s/
           Daniel J. Reidy
           Deputy Clerk