# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5173**  **September Term, 2025**

**1:23-cv-01334-CRC**

**Filed On:** December 29, 2025

Pauline Newman, Honorable; Circuit Judge,

    Appellant

    v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs,* Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the sealed and redacted versions of the response thereto, the 28(j) letter, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
           Lillian R. Wright
           Deputy Clerk

*Circuit Judge Childs did not participate in this matter.