# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-5173** | **September Term, 2025** |
| | 1:23-cv-01334-CRC |
| | Filed On: January 6, 2026 [2153171] |

Pauline Newman, Honorable; Circuit Judge,

    Appellant

    v.

Kimberly A. Moore, Honorable; in her official capacities as Chief Judge of the United States Court of Appeals for the Federal Circuit, Chair of the Judicial Council of the Federal Circuit and Chair of the Special Committee of the Judicial Council of the Federal Circuit, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of August 22, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed August 22, 2025