# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 19, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001


>       Re:  Pauline Newman, Judge, United States Court of Appeals for the
>            Federal Circuit
>            v. Kimberly A. Moore, Chief Judge, United States Court of
>            Appeals for the Federal Circuit, et al.
>            No. 25-1101
>            (Your No. 24-5173)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 12, 2026 and placed on the docket March 19, 2026 as No. 25-1101.


Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst